ERICK L. GUZMAN
Cal. Bar No. 244391
740 4th St.
Santa Rosa, California, 95404
T: 707.595.4474; F: 707.540.6298
E: elg@guzmanlaw.org

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **ROBERT E. LEE**, <br><br> Defendant. | CASE NO. CR-15-00047-CRB <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING** <br><br> Current Date: November 23, 2015 at 12:00 P.M. <br><br> Proposed Date: December 9, 2015 at 2:00 P.M. |

The status hearing is currently scheduled for November 23, 2015.  Due to scheduling conflicts, both parties are requesting that the above hearing be rescheduled to December 9, 2015 at 2:00 P.M.

The parties further stipulate that the time between November 23, 2015 and December 9, 2015 be excluded form the speedy trial clock.

….

….

DATED: November 23, 2015        Respectfully submitted,

By

/s/
Erick L. Guzman
Attorney for Robert Lee


/s/
Scott Joiner
Assistant United States Attorney

## [~~PROPOSED~~ ORDER]

The status hearing currently scheduled for November 23, 2015 is rescheduled for December 9, 2015 at 2:00 P.M.

IT IS FURTHER ORDERED that the time between November 23, 2015 and December 9, 2015 be excluded from the speedy trial clock.

**IT IS SO ORDERED.**

Dated: November 23, 2015

HON. CHARLES R. BREYER
United States District Judge

**[CERTIFICATE OF SERVICE]**

I, Erick L. Guzman, am a citizen of the United States and am at least eighteen years of age. I certify that the foregoing pleading has been electronically served this day upon Scott Joiner, counsel for the Plaintiff.

November 23, 2015                    Respectfully submitted,


                                     By

                                     _____
                                     Erick L. Guzman, Esq.